United States District Court
Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9   MICHAEL ANGELO LENA,                    Case No. 21-cv-01632-KAW  (PR)
            Plaintiff,
10
        v.
11                                          **ORDER OF TRANSFER**
    RICHARD J. DONOVAN
12  CORRECTIONAL FACILITY, et al.,
13          Defendants.

14      Plaintiff, a state prisoner incarcerated at the Richard J. Donavan Correctional Facility

15  ("RJD") in San Diego, California, has filed a document entitled, "Declaration of Class Plaintiff

16  Michael Lena, apprising Judge Claudia Wilken of the Administration, COs, at RJ Donovan

17  Prison's disrespect, ignoring, disregarding and circumventing this court's injunctive orders . . .".

18  The clerk has designated this as a civil rights action under 42 U.S.C. § 1983.  In this document,

19  Plaintiff seeks to inform Judge Wilken of various violations of her order, but also alleges

20  violations of his personal constitutional rights by prison employees at RJD.

21      If Plaintiff wishes to inform Judge Wilken of violations of her order, he must file a

22  declaration or letter in the case before her, which is *Armstrong v. Newsom*, *et al.,* case number

23  C 94-2307 CW.

24      Construing a portion of this filing to be a civil rights case, it must be transferred to the

25  Southern District of California.  When jurisdiction is not founded solely on diversity, venue is

26  proper in the district in which (1) any defendant resides, if all of the defendants reside in the same

27  State, (2) the district in which a substantial part of the events or omissions giving rise to the claim

28  occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

1 judicial district in which any defendant may be found, if there is no district in which the action
2 may otherwise be brought.  *See* 28 U.S.C. § 1391(b).

3     The acts complained of in this "complaint" occurred in San Diego County, which is in the
4 Southern District of California.  Furthermore, the defendants reside in the Southern District of
5 California.  Venue, therefore, properly lies in the Southern District of California.  *See* 28 U.S.C.
6 § 1391(b).

7     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
8 TRANSFERRED to the United States District Court for the Southern District of California.  The
9 Clerk of the Court shall terminate any pending motions and transfer the case.

11     IT IS SO ORDERED.

13 Dated: March 22, 2021

14 *[signature: Kandis Westmore]*
15 KANDIS A. WESTMORE
United States Magistrate Judge